### UNITED STATES of America, Plaintiff–Appellee

v.

### Rickey Lee SCOTT, Defendant–Appellant.

### No. 14–60041.

United States Court of Appeals, Fifth Circuit.

April 30, 2015.

Gaines H. Cleveland, Assistant U.S. Attorney, Gulfport, MS, Mary Helen Wall,

---

Esq., Assistant U.S. Attorney, Erin O'Leary Chalk, Assistant U.S. Attorney, Gregory Layne Kennedy, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Jackson, MS, for Plaintiff–Appellee.

Aafram Yaphet Sellers, Esq., Aafram Y. Sellers, P.L.I.C., Jackson, MS, for Defendant–Appellant.

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the case is remanded for clarification on the question of whether the defendant was seized. Remand is limited solely to this issue.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.